J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
jssimms@simmsshowers.com
201 International Circle, Suite 250
Baltimore, Maryland  21030
Telephone:   410-783-5795
Facsimile:    410-510-1789

Counsel

Gary R. Clouse
gclouse@iccolaw.com
Isaacs Clouse Crose & Oxford LLP
401 Wilshire Boulevard
12th Floor Penthouse
Santa Monica, CA 90401
Telephone:   310-458-3860

Local Counsel

Attorneys for Plaintiff
MONTEMP MARITIME LTD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEMP MARITIME LTD,<br><br>Plaintiff,<br><br>vs.<br><br>HANJIN SHIPPING CO., LTD., et al.,<br><br>Defendant and Garnishees | Case No.: _____<br><br>**IN ADMIRALTY**<br><br>**AFFIDAVIT UNDER SUPPLEMENTAL RULE B** |

J. STEPHEN SIMMS, being duly sworn, deposes and says:

AFFIDAVIT UNDER SUPPLEMENTAL RULE B – 1

1. I am Principal of Simms Showers LLP, attorneys for Plaintiff, a member of the Maryland Bar and appearing *pro hac vice* herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of Defendant Hanjin Shipping Co., Ltd., a corporation organized and existing under the laws of India, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. The Defendant is not incorporated or registered to do business in this State.

3. Searches were conducted by my office and co-counsel of the California State Secretary of State, Division of Corporations, telephone assistance in Los Angeles, CA, the internet Yellow Pages, Google (searching for "Hanjin Shipping Co., Ltd."), including a national search of "Hanjin Shipping Co., Ltd." using the Lexis/Nexis comprehensive search database of resident agents and corporate filings.

4. In our search, we did not find any listing or reference to Defendant or any agent of Defendant in this District.

5. In the circumstances, I believe the Defendant cannot be "found" within this district or in any "convenient adjacent jurisdiction" in the United States,

and that further, the garnishees by reasonable investigation, and information and belief, hold property of Defendant.

I declare certify under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2016.

                                            */s/ J. Stephen Simms*
                                            J. Stephen Simms (*pro hac vice* pending)
                                            jssimms@simmsshowers.com
                                            Simms Showers LLP
                                            201 International Circle, Suite 250
                                            Baltimore, Maryland  21030
                                            Telephone:   410-783-5795
                                            Facsimile:    410-510-1789

                                            Montemp Counsel